UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22–cv–06734–MWF–JPR | Date | February 9, 2023 |
|---|---|---|---|

| Title | LATANYA WILLIAMS V. GALE PLAZA, LLC ET AL |
|---|---|

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                                        None Present

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

In light of the Notice of Settlement filed 2/7/23, the Court sets a hearing on Order To Show Cause Re Dismissal for March 13, 2023 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: rs